UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                                          Case No: 8:07cr93

DENIS GASHI
Defendant(s)

## MOTION FOR RELEASE OF CASH BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case. It is therefore requested that the cash bond in the amount of $ 10,000 , posted on 03/08 , 20 07 be returned to ARIAN PREVALLA (Print Name).

04.09.2008
Date

Signature

107 CARIATI BLVD
MERIDEN, CT 06451
Address

203-217-4146
Telephone Number

FILED
08 APR -9 PM 2:53
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA